UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    CLARA MORA, et al.,
                                  Plaintiffs,

                            23 Civ. 9991 (LGS)
               -against-

                                  ORDER
    C AND T HOMECARE SERVICES, LLC, et al.,
                                 Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated November 15, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

       WHEREAS, the initial pretrial conference is currently scheduled for January 10, 2024, at 4:20 p.m.;

       WHEREAS, Defendants have not appeared, and Plaintiffs have not filed proof of service on the docket;

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 24, 2024**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **January 24, 2024**.

       **ORDERED** that the initial pretrial conference scheduled for January 10, 2024, is adjourned to **January 31, 2024, at 4:20 P.M.**

Dated: January 4, 2024
       New York, New York

                                                                     LORNA G. SCHOFIELD
                                                                  UNITED STATES DISTRICT JUDGE