# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

January 24, 2024

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1106
New York, NY 10007

    Re:  <u>Mora, et al v. C and T Homecare Services, LLC, et al</u> - 23 Civ. 9991 (LGS)

Dear Judge Schofield:

    We represent Plaintiffs in the above-referenced matter.  Defendants have not yet appeared but are represented by Daniel Gomez-Sanchez, Esq. of Littler Mendelson P.C.  The Parties jointly submit this letter seeking an adjournment of the initial pretrial conference scheduled for January 31, 2024.  *See* ECF 19.

    Defendants' counsel has informed our office that Plaintiffs' claims in the above referenced matter are subject to arbitration agreements.  The Parties intend to proceed to arbitration but are interested in mediating the matter as soon as possible.  Accordingly, the parties request that this matter be referred to the Southern District's Pilot Mediation program and that the January 31, 2024, initial pretrial conference, along with its required party submissions (*i.e.*, a proposed case management plan), be adjourned *sine die*.  This is the parties' first request for an adjournment of any discovery deadline.  The granting of the Parties' request would not affect any other scheduled dates.

    We thank the Court for its attention to this matter.

cc:  All counsel (via email)

Respectfully submitted,

*s/ Christian Mercado*
Christian Mercado

---

The initial pretrial conference scheduled for January 31, 2024, is adjourned to **April 10, 2024, at 4:20 P.M.**  Within three days of the mediation, the parties shall submit a joint status letter.  If the mediation is unsuccessful, the parties shall propose next steps in the status letter, including whether the parties intend to voluntarily proceed to arbitration.  So Ordered.

Dated: January 25, 2024
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE