UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLARA MORA, et al.,
                           Plaintiffs,

           -against-

C AND T HOMECARE SERVICES, LLC, et al.,
                           Defendants.
------------------------------------------------------------X

23 cv 9991 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 25, 2024, directed the parties to file a joint status letter within three days of mediation;

WHEREAS, no status letter has been filed and mediation has not been held. It is hereby

**ORDERED** that the parties shall file a status letter as soon as possible but no later than **April 3, 2024.** The parties shall also file by **April 3, 2024** the materials described in the Order dated January 4, 2024.

Dated: March 29, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE