UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                :

CLARA MORA,                                :

                    Plaintiff,    :            23 Civ. 9991 (LGS)

                                :

          -against-            :               ORDER

                                :

C AND T HOMECARE SERVICES, LLC, et al., :
                    Defendants. :

                                :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 2, 2024, required Plaintiff to file a status letter

apprising the Court of the status of any arbitration every 45 days from the date of that Order;

      WHEREAS, pursuant to the April 2, 2024, Order, a status letter was due on August 16,

2024;

      WHEREAS, the parties failed to timely submit the letter.  It is hereby

      **ORDERED** that, by **August 21, 2024**, the parties shall file the status letter.

Dated: August 19, 2024
      New York, New York

                                          LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE