UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CLARA MORA, VIRMANIA PAREDES, MARIA :
PAREDES, HURIDES ANTONIA PAREDES, :
OLENNY TEJADA MINYETY, ELBA LOPEZ, and :
PEDRO RODRIGUEZ, on behalf of themselves and all :
other similarly situated, : No. 23 Civ. 9991 (LGS)
 :
                Plaintiffs, :
 :
  -against- : **(PROPOSED) JUDGMENT**
 :
C AND T HOMECARE SERVICES, LLC and :
AGINCARE HOMECARE SERVICES INC., :
 :
                Defendants. :
------------------------------------------------------------------------X

**The Court Orders that:**

Plaintiffs Clara Mora, Virmania Paredes, Maria Paredes, Hurides Antonia Paredes, Olenny Tejada Minyety, Elba Lopez, and Pedro Rodriguez recover from Defendants C and T Homecare Services, LLC and Agincare Homecare Services, Inc., jointly and severally, the total amount of Three Hundred Seventy-Five Thousand Dollars and Zero Cents ($375,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 32).

Dated:  New York, New York

      _____, 2024

                                                  **SO ORDERED:**

                                              _____
                                              Hon. Lorna G. Schofield
                                              United States District Judge