UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CLARA MORA, VIRMANIA PAREDES, MARIA :
PAREDES, HURIDES ANTONIA PAREDES, :
OLENNY TEJADA MINYETY, ELBA LOPEZ, and :
PEDRO RODRIGUEZ, on behalf of themselves and all :
other similarly situated, : **No. 23 Civ. 9991 (LGS)**
:
Plaintiffs, :
:
-against- : ~~**(PROPOSED**~~**) JUDGMENT**
:
C AND T HOMECARE SERVICES, LLC and :
AGINCARE HOMECARE SERVICES INC., :
:
Defendants. :
------------------------------------------------------------------------X

**The Court Orders that:**

Plaintiffs Clara Mora, Virmania Paredes, Maria Paredes, Hurides Antonia Paredes, Olenny Tejada Minyety, Elba Lopez, and Pedro Rodriguez recover from Defendants C and T Homecare Services, LLC and Agincare Homecare Services, Inc., jointly and severally, the total amount of Three Hundred Seventy-Five Thousand Dollars and Zero Cents ($375,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 32).

Dated: New York, New York

_____November 18_____, 2024

SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**